Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com
Attorney for Plaintiff KEVIN KWOK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KWOK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant | CASE NO. 2:21-cv-7991-FMO-DFM<br><br>[PROPOSED] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |

　　Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

　　**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$7,000** as authorized by 28 U.S.C. §2412.

Dated: March 21, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE DOUGLAS F. MCCORMICK
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE